## McKOWN v. McDONALD.

No. 18434.    Opinion Filed May 1, 1928.

(Syllabus.)

**Quieting Title—Right to Damages—Necessary Expenditures for Removal of Cloud.**

The judgment of the trial court is affirmed upon authority of No. 18426, McKown v. Haught, this day decided (130 Okla. 256).

Error from Superior Court, Pottawatomie County; Leander G. Pitman, Judge.

Action by Mary McDonald against Omer McKown. Judgment for plaintiff, and defendant brings error. Affirmed.

Goode & Dierker, for plaintiff in error.

Park Wyatt and S. F. Bailey, for defendant in error.

HUNT, J. The identical question here presented was involved in 18426, Omer McKown v. Sherman Haught, this day decided (130 Okla. 156), and by stipulation of the parties these cases were submitted on the same briefs. We have examined the record in the instant case, and find ample evidence to support the findings of the trial court and the judgment rendered thereon. The decis-

ion in McKown v. Haught, supra, is therefore controlling here, and, upon authority of that case, it is ordered that the judgment therein be, and the same is hereby, affirmed.

MASON, V. C. J., and HARRISON, LESTER, CLARK, and RILEY, JJ., concur.